United States District Court
Southern District of Texas
**ENTERED**
November 03, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| CHARLES CARLSON,<br>    Plaintiff,<br><br>v.<br><br>MARC JONES CONSTRUCTION, LLC,<br>*et al.*,<br>    Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. 1:23-cv-99<br>§<br>§<br>§<br>§ |

## ORDER ON STIPULATION OF DISMISSAL
## PURSUANT TO FRCP 41(a)(1)(A)(ii)

On July 27, 2023, this Court ordered the District Clerk's office to close this case pending arbitration between the parties. Dkt. No. 13. The Court informed the parties that they could "file a motion in this case," so the Court could re-open the case if either party sought to judicially confirm the arbitration award. *Id*. Two years later, on October 30, 2025, the Court received a "Joint Stipulation of Dismissal." Dkt. No. 14. The Court construes this filing as an implied motion to re-open the case, so the parties can subsequently close the case by a stipulation of dismissal with prejudice.

For this reason, the Court **DIRECTS** the Clerk of Court to **RE-OPEN** this case and enter this order.

The Court considers the parties' "Joint Stipulation of Dismissal." Dkt. No. 14. Both counsel for Plaintiff Charles Carlson and counsel for Defendants Marc Jones Construction, LLC d/b/a ADT Solar, LLC, Sunpro, LLC and ADT, Inc. signed the latest filing. Dkt. No. 14. The parties represent that "[i]t is stipulated and agreed . . . that under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure . . . the action shall be and hereby is dismissed **with prejudice** as to all claims against all parties." *Id* (emphasis in original). Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action against any defendant without a court order if there is a stipulation of dismissal signed by all parties. *See Williams v. Taylor Seidenbach, Inc.*, 958 F.3d 341, 344-45 (5th Cir. 2020) (*en banc*).

Accordingly, all claims made in this case are **DISMISSED** with prejudice. Unless otherwise agreed, each party shall bear their own costs and fees related to this litigation.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

Signed on November 3, 2025.

_____  
Karen Betancourt  
United States Magistrate Judge